949 A.2d 845

CZAR, INC., PLAINTIFF–MOVANT, v. JO ANNE HEATH AND THOMAS J. HEATH, SR., DEFENDANTS–RESPONDENTS.

April 3, 2008.

ORDERED that the motion for leave to appeal is granted.

949 A.2d 845

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. AFRIM TAIRI, DEFENDANT–MOVANT.

April 3, 2008.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.